# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JUAN A. ZAMORA,**

    Plaintiff,

v.                                                                    No. 20-cv-1178 SMV

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    Defendant.

## ORDER DISMISSING THE *SEILA LAW* CLAIM

THIS MATTER is before the Court on Defendant's Motion Pursuant to Fed. R. Civ. P. 12(b)(1) to Dismiss Plaintiff's Complaint in Part and to Hold the Merits Briefing Schedule in Abeyance [Doc. 12], filed May 7, 2021. Defendant argues that Plaintiff's claim under *Seila Law LLC v. Consumer Fin. Prot. Bureau*, 140 S. Ct. 2183 (2020), should be dismissed. Plaintiff concurs. [Doc. 22].

**IT IS THEREFORE ORDERED** that Defendant's Motion [Doc. 12] is **GRANTED**. Plaintiff's *Seila Law* claim is **DISMISSED with prejudice**. *See* Complaint [Doc. 1] at 3, ¶ 8.

**IT IS SO ORDERED.**

                                                          _____
                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**
                                                          **Presiding by Consent**